# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MASSACHUSETTS
### EASTERN  DIVISION

In Re:                                      §
                                            §
HILL JEWELERS OF NORWOOD, INC.      §      Case No. 14-10198
                                            §
            Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEWART F. GROSSMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 17,882.33              Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,411.65      Claims Discharged
                                                  Without Payment:  NA

Total Expenses of Administration:  100,553.86

3) Total gross receipts of $ 104,965.51  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 104,965.51  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 102,283.86 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 100,553.86 | 100,553.86 | 100,553.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 58,471.32 | 36,551.71 | 36,551.71 | 4,411.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 510,909.34 | 309,395.62 | 309,395.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 671,664.52 | $ 446,501.19 | $ 446,501.19 | $ 104,965.51 |

4) This case was originally filed under chapter 7 on  01/21/2014 .  The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/27/2018                     By:/s/STEWART F. GROSSMAN, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 7,637.01 |
| CASH FROM REGISTER | 1129-000 | 116.00 |
| STORE JEWELRY INVENTORY | 1129-000 | 67,212.50 |
| Adversary Proceeding 15-01005 Grossman v. Karli Jewelers, I | 1241-000 | 18,000.00 |
| Adversary Proceeding 15-01007 Grossman v. East to West Impo | 1241-000 | 7,000.00 |
| Adversary Proceeding 15-01006 Grossman v. Gigian Jewelry Co. | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 104,965.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Myer R Dana 1340 Centre St Ste 101 Newton Center, MA 02459-2453 | | 27,907.50 | NA | NA | 0.00 |
| | On Deck Capital 4600 Fairfax Dr, Suite 800 Arlington, VA 22203-1553 | | 74,376.36 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 102,283.86** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stewart F. Grossman - MA | 2100-000 | NA | 8,498.28 | 8,498.28 | 8,498.28 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 127.43 | 127.43 | 127.43 |
| Moto Group | 2410-000 | NA | 18,227.68 | 18,227.68 | 18,227.68 |
| Associated Bank | 2600-000 | NA | 1,899.96 | 1,899.96 | 1,899.96 |
| Clerk U.S. Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| COMMONWEALTH OF MASSACHUSETTS | 2820-000 | NA | 1,498.00 | 1,498.00 | 1,498.00 |
| LOONEY & GROSSMAN LLP | 3110-000 | NA | 25,500.00 | 25,500.00 | 25,500.00 |
| Posternak Blankstein & Lund LLP | 3110-000 | NA | 25,441.50 | 25,441.50 | 25,441.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LOONEY & GROSSMAN LLP | 3120-000 | NA | 3,695.29 | 3,695.29 | 3,695.29 |
| Posternak Blankstein & Lund LLP | 3120-000 | NA | 371.80 | 371.80 | 371.80 |
| VERDOLINO & LOWEY, P.C. | 3410-000 | NA | 2,959.00 | 2,959.00 | 2,959.00 |
| VERDOLINO & LOWEY, P.C. | 3420-000 | NA | 155.12 | 155.12 | 155.12 |
| PAUL E. SAPERSTEIN CO, INC. | 3610-000 | NA | 6,721.25 | 6,721.25 | 6,721.25 |
| PAUL E. SAPERSTEIN CO, INC. | 3620-000 | NA | 5,108.55 | 5,108.55 | 5,108.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 100,553.86 | $ 100,553.86 | $ 100,553.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Casper And Katrina Joseph 1160 West St Walpole, MA 02081-1219 | | 100.00 | NA | NA | 0.00 |
| | Debbie Richman 32 Granite St Norwood, MA  02062-3543 | | 100.00 | NA | NA | 0.00 |
| | Department Of Unemployment Assistance Charles F Hurley Building 19 Staniford St Boston, MA 02114-2502 | | 6,000.00 | NA | NA | 0.00 |
| | Donna Curran 86 Cottage St Norwood, MA  02062-2102 | | 75.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326 | | 29,654.28 | NA | NA | 0.00 |
| | James Ruggeri 15 Sherwood Ln Waltham, MA  02452-7842 | | 3,350.00 | NA | NA | 0.00 |
| | Jean Lupica 262 Pond St Westwood, MA  02090-2828 | | 100.00 | NA | NA | 0.00 |
| | Karen Watson 6 Crest Dr Dover, MA  02030-1820 | | 1,227.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loretta Pacella 43 Overlook Dr Norwood, MA  02062 | | 600.00 | NA | NA | 0.00 |
| | Margaret Devine 7 Dory Ln Eastham, MA  02642-2768 | | 100.00 | NA | NA | 0.00 |
| | Mary Moloney 337 Railroad Ave Norwood, MA  02062-2233 | | 1,175.00 | NA | NA | 0.00 |
| | Massachusetts Department Of Revenue Bankruptcy Unit PO Box 9564 Boston, MA 02114-9564 | | 13,000.00 | NA | NA | 0.00 |
| | Nick And Ellen Francese 4 Bird Ln Sharon, MA  02067-2247 | | 175.00 | NA | NA | 0.00 |
| | Noreen And Paul Johnson 34 Worthington St Dedham, MA 02026-4312 | | 1,555.00 | NA | NA | 0.00 |
| | Susan Sullivan 10B Prospect St Norwood, MA  02062-1524 | | 1,165.01 | NA | NA | 0.00 |
| | Terry Collins 136 S Main St Sharon, MA  02067-2525 | | 94.84 | NA | NA | 0.00 |
| 45 | GAIL SNYDERMAN | 5600-000 | NA | 2,404.26 | 2,404.26 | 1,946.58 |
| 27 | JUDITH B GRENIER | 5600-000 | NA | 574.98 | 574.98 | 465.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 39 | KAREN WATSON | 5600-000 | NA | 1,227.19 | 1,227.19 | 993.58 |
| 4 | Kathryn R. Reggiannini | 5600-000 | NA | 223.62 | 223.62 | 181.05 |
| 19 | Martha Greenfield | 5600-000 | NA | 90.31 | 90.31 | 73.12 |
| 35 | SHIRLEY HUTCHINS | 5600-000 | NA | 10.99 | 10.99 | 8.90 |
| 17 | Virginia N. Needham | 5600-000 | NA | 616.31 | 616.31 | 498.99 |
| 26 | WILLIAM A. PARDI | 5600-000 | NA | 301.25 | 301.25 | 243.90 |
| 1 | Commonwealth Of Massachusetts | 5800-000 | NA | 2,335.98 | 2,335.98 | 0.00 |
| 3A | Internal Revenue Service | 5800-000 | NA | 14,505.09 | 14,505.09 | 0.00 |
| 48A | Massachusetts Department of Revenue | 5800-000 | NA | 14,261.73 | 14,261.73 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 58,471.32 | $ 36,551.71 | $ 36,551.71 | $ 4,411.65 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abbott Cards PO Box 631 Marblehead, MA  01945-0631 | | 272.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Coprpration PO Box 9217 Old Bethpage, NY 11804-9017 | | 5,391.96 | NA | NA | 0.00 |
| | American Express PO Box 981538 El Paso, TX  79998-1538 | | 2,636.00 | NA | NA | 0.00 |
| | Ann Carmine 49 Ledgeview Dr Norwood, MA  02062-5803 | | 191.55 | NA | NA | 0.00 |
| | Applications Systems Corporation 262 Washington St Boston, MA  02108-4632 | | 1,687.20 | NA | NA | 0.00 |
| | Atlas Paper PO Box 2186 Woburn, MA  01888-0386 | | 362.89 | NA | NA | 0.00 |
| | Bank Of America PO Box 15028 Wilmington, DE 19850-5028 | | 25,880.75 | NA | NA | 0.00 |
| | Bank Of America PO Box 981535 El Paso, TX  79998-1535 | | 49,782.98 | NA | NA | 0.00 |
| | Bank Of America PO Box 981538 El Paso, TX  79998-1538 | | 8,905.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 982235 El Paso, TX 79998-2235 | | 7,113.96 | NA | NA | 0.00 |
| | Bank Of America PO Box 982235 El Paso, TX 79998-2235 | | 6,835.89 | NA | NA | 0.00 |
| | Bank Of America PO Box 982238 El Paso, TX 79998-2238 | | 17,950.29 | NA | NA | 0.00 |
| | Bernards 333 Washington St Ste 634 Boston, MA 02108-5172 | | 9,836.15 | NA | NA | 0.00 |
| | Beverly Veglas 14 Park Ln East Walpole, MA 02032-1245 | | 502.63 | NA | NA | 0.00 |
| | Bliss Manufacturing 50 Bacon St Pawtucket, RI 02860-4535 | | 791.66 | NA | NA | 0.00 |
| | Boston Findings 333 Washington St Ste 646 Boston, MA 02108-5172 | | 1,652.91 | NA | NA | 0.00 |
| | Boston Globe PO Box 415071 Boston, MA 02241-5071 | | 264.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bulova corporation P O B 36138 Newark, NJ  07188-6106 | | 8,069.55 | NA | NA | 0.00 |
| | Capital One Bank USA NA PO Box 30248 Salt Lake City, UT  84130-0248 | | 3,389.76 | NA | NA | 0.00 |
| | Capital One PO Box 30248 Salt Lake City, UT  84130-0248 | | 75.38 | NA | NA | 0.00 |
| | Capital One PO Box 30248 Salt Lake City, UT  84130-0248 | | 4,494.00 | NA | NA | 0.00 |
| | Capital One PO Box 30248 Salt Lake City, UT  84130-0248 | | 19,995.55 | NA | NA | 0.00 |
| | Carla corporation PO Box 14192 East Providence, RI 02914-0192 | | 4,017.79 | NA | NA | 0.00 |
| | Carland 154 Warren Ave East Providence, RI  02914-5159 | | 1,666.09 | NA | NA | 0.00 |
| | Carol Krasauskis PO Box 246 Norwood, MA  02062-0246 | | 31.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chris Poulin And Robin Lamperte 611 East St Walpole, MA  02081-3623 | | 119.09 | NA | NA | 0.00 |
| | Christine Burke 7 Marlboro St Norwood, MA  02062-1207 | | 300.00 | NA | NA | 0.00 |
| | Christine Mckenna 50 Stanson Dr North Attleboro, MA 02760-3559 | | 15.22 | NA | NA | 0.00 |
| | Citi Cards PO Box 6500 Sioux Falls, SD 57117-6500 | | 22,558.51 | NA | NA | 0.00 |
| | Citibusiness PO Box 6500 Sioux Falls, SD  57117-6500 | | 2,245.86 | NA | NA | 0.00 |
| | Connisseurs P O B 414346 Boston, MA  02241-4346 | | 419.99 | NA | NA | 0.00 |
| | Constance Breslin 24 Heritage Dr Walpole, MA  02081-2240 | | 76.54 | NA | NA | 0.00 |
| | D'amico imports PO Box 113804 North Providence, RI 02911-0004 | | 3,566.80 | NA | NA | 0.00 |
| | Darling Imports PO Box 564 Hampton, GA  30228-0564 | | 2,942.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dawn And Dale Dopson 257 Stoughton St Stoughton, MA 02072-1724 | | 45.00 | NA | NA | 0.00 |
| | Denise Crowe 15 Parker St Westwood, MA  02090-1214 | | 95.09 | NA | NA | 0.00 |
| | Denise Habermehl 19 Thornell Ave East Walpole, MA  02032-1222 | | 87.66 | NA | NA | 0.00 |
| | Dennis Karaganis 6 Countryside Ln Walpole, MA 02081-4000 | | 730.00 | NA | NA | 0.00 |
| | Diamond Base 15 W 47th St Ste 303 New York, NY 10036-5703 | | 9,790.00 | NA | NA | 0.00 |
| | Diane Lyons 17 Peabody Rd Norwood, MA  02062-1205 | | 151.95 | NA | NA | 0.00 |
| | Discover Personal Loans PO Box 30943 Salt Lake City, UT 84130-0943 | | 6,497.00 | NA | NA | 0.00 |
| | Dobbs Boston 6 Hancock St Gloucester, MA  01930-5729 | | 236.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | East To West 333 Washington St Ste 50 Boston, MA 02108-5177 | | 7,021.90 | NA | NA | 0.00 |
| | Eirc And Rita Bergeman 53 Fensview Dr Westwood, MA 02090-3117 | | 90.31 | NA | NA | 0.00 |
| | Elizabeth Rae 209 Winter St Westwood, MA 02090-2924 | | 158.00 | NA | NA | 0.00 |
| | First Data Commercial Services Corp PO Box 407092 Fort Lauderdale, FL 33340-7092 | | 0.00 | NA | NA | 0.00 |
| | Fran Disciullo 73 Long Terrace Norwood, MA 02062 | | 163.71 | NA | NA | 0.00 |
| | Fred And Caolyn Susi 19 Old Town Rd Walpole, MA 02081-2334 | | 28.00 | NA | NA | 0.00 |
| | Frederick Goldman Inc Old Chase Sta New York, NY 10013 | | 149.87 | NA | NA | 0.00 |
| | Gail Synderman 6 Franklin Rd Sharon, MA 02067-2206 | | 2,264.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gigian jewelry co. 333 Washington St Ste 318 Boston, MA  02108-5177 | | 6,055.00 | NA | NA | 0.00 |
| | Hadley-Roma PO Box 1130 Largo, FL  33779-1130 | | 466.60 | NA | NA | 0.00 |
| | Ilisa Zamcheck 4103 Avalon Dr Sharon, MA  02067-3504 | | 660.00 | NA | NA | 0.00 |
| | Ion Networking 60 Gray Rd Ste 2 Bldg 3 Falmouth, ME 04105-2024 | | 1,951.25 | NA | NA | 0.00 |
| | Irene Hill 226 Strong St Amherst, MA  01002-1855 | | 35,000.00 | NA | NA | 0.00 |
| | J B T C/O Stella Jewelry PO Box 69281 Providence, RI 02940 | | 2,624.00 | NA | NA | 0.00 |
| | Jake Mathews 15 Highland St Norwood, MA  02062-1902 | | 21.25 | NA | NA | 0.00 |
| | Jean Ludwig 84 Main St Foxboro, MA  02035-1847 | | 425.00 | NA | NA | 0.00 |
| | Jewelers Mutual Insurance Co. PO Box 468 Neenah, WI 54957-0468 | | 1,506.59 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jewelers Of America P O B 29625 New York, NY  10087-9625 | | 145.00 | NA | NA | 0.00 |
| | John And Bonnie Messina 12 Pleasant Ct Medfield, MA 02052-2517 | | 619.22 | NA | NA | 0.00 |
| | Judy Gavinski 250 E Cross St Norwood, MA  02062-5213 | | 402.90 | NA | NA | 0.00 |
| | Karen Demartino 40 Millbrook Rd Westwood, MA 02090-2746 | | 64.01 | NA | NA | 0.00 |
| | Karli jewelrs 333 Washington Street, 6th Floor,Ste 616 Boston, MA  02108 | | 41,290.00 | NA | NA | 0.00 |
| | Kathryn Cannon 35 Atwill Rd West Roxbury, MA  02132-2527 | | 1,395.11 | NA | NA | 0.00 |
| | Kathy O'Leary 109 Reed Ave Peaks Island, ME  04108-1542 | | 735.25 | NA | NA | 0.00 |
| | Kellie Ugarte 26 Bradford Ave Sharon, MA  02067-2008 | | 101.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kelly Belinsky 237 Strasser Ave Westwood, MA  02090-2030 | | 240.00 | NA | NA | 0.00 |
| | Kiim O'Donoghue 118 Lincoln St Norwood, MA 02062-1350 | | 3,984.00 | NA | NA | 0.00 |
| | Kim Petrucci 22 Cole Dr Medfield, MA  02052-3342 | | 20.00 | NA | NA | 0.00 |
| | Linda O'brien 343 Cushing Road North Attleboro, MA 02760 | | 475.00 | NA | NA | 0.00 |
| | Livi Gem 10 W 47th St Ste 604 New York, NY  10036-3309 | | 572.00 | NA | NA | 0.00 |
| | Marcia Triveri 7 Rainbow Pond Dr Apt 4 Walpole, MA 02081-3420 | | 11.87 | NA | NA | 0.00 |
| | Margaret Donabed 360 Nahatan St Westwood, MA 02090-2523 | | 143.31 | NA | NA | 0.00 |
| | Maria Maglio 452 Massapoag Ave Sharon, MA  02067-3015 | | 428.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marie Derouen 3 Cameron Rd Norwood, MA  02062-3902 | | 74.38 | NA | NA | 0.00 |
| | Mark Paster 425 Canton Road Brookline, MA  02446 | | 112.88 | NA | NA | 0.00 |
| | Mary Finnigan 52 Cedar St Walpole, MA  02081-1402 | | 1,885.94 | NA | NA | 0.00 |
| | Mary Jane Odell 485 Neponset St Canton, MA 02021-1969 | | 59.13 | NA | NA | 0.00 |
| | Michelle Jewel 102 Greenacre Rd Westwood, MA  02090-3110 | | 564.06 | NA | NA | 0.00 |
| | Mida Chain 50 McDermott Pl Bergenfield, NJ  07621-3723 | | 628.98 | NA | NA | 0.00 |
| | Myria Bates 56 Clearwater Dr Mattapan, MA  02126-2818 | | 191.67 | NA | NA | 0.00 |
| | Myron PO Box 802616 Chicago, IL  60680-2616 | | 189.48 | NA | NA | 0.00 |
| | Nancy B & Co 33 Sutton Ave East Providence, RI  02914-3413 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New York Times PO Box 371456 Pittsburgh, PA 15250-7456 | | 39.20 | NA | NA | 0.00 |
| | Norwood Printing Graphics & Mkting 190 Central St Norwood, MA  02062-3554 | | 350.71 | NA | NA | 0.00 |
| | Omi 88758 Expedite Way Chicago, IL  60695-0001 | | 2,556.30 | NA | NA | 0.00 |
| | Oriental jewelry 333 Washington St Boston, MA 02108-5177 | | 2,811.50 | NA | NA | 0.00 |
| | Pat And William Harbour 252 Railroad Ave Norwood, MA 02062-2230 | | 12.18 | NA | NA | 0.00 |
| | Pat Anderson 42 Morris Aven Dedham, MA  02026 | | 400.00 | NA | NA | 0.00 |
| | Peggy Dubois 10 Longwood Dr Unit 269 Westwood, MA 02090-1141 | | 115.95 | NA | NA | 0.00 |
| | Poland spring water co. PO Box 856192 Louisville, KY 40285-6192 | | 45.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Protection One Alarm PO Box 219044 Coatesville, IN 46121 | | 410.89 | NA | NA | 0.00 |
| | Quality Gold PO Box 18490 Fairfield, OH 45018-0490 | | 5,024.59 | NA | NA | 0.00 |
| | R Q C Ltd 370 S Youngs Rd Buffalo, NY 14221-7030 | | 622.14 | NA | NA | 0.00 |
| | Reko 333 Washington St Ste 851 Boston, MA 02108-5177 | | 13,612.29 | NA | NA | 0.00 |
| | Richard And Anitia Fenner 8 Stetson Cir Walpole, MA 02081-1918 | | 150.00 | NA | NA | 0.00 |
| | Rosa Fruci 202 Sunnyside Rd Norwood, MA 02062-4750 | | 31.98 | NA | NA | 0.00 |
| | S Kashi & Sons, Inc. 71 W 47th St Ste 1403 New York, NY 10036-2819 | | 10,657.90 | NA | NA | 0.00 |
| | Safris 333 Washington St Ste 612 Boston, MA 02108-5172 | | 23,746.55 | NA | NA | 0.00 |
| | Shawmut Jewelry Co, Inc. 333 Washington St, Ste 302 Boston, MA 02108-5177 | | 785.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shivani Gems Inc 589 5th Ave Rm 1107 New York, NY 10017-7264 | | 1,382.00 | NA | NA | 0.00 |
| | Simon Golub & sons, Inc. P O B 749920, Dept 5047 Los Angeles, CA  90074-9920 | | 3,613.87 | NA | NA | 0.00 |
| | Staples Credit Plan P O B 414324 Boston, MA  02241-4324 | | 438.04 | NA | NA | 0.00 |
| | Stuller PO Box 87777 Lafayette, LA  70598-7777 | | 3,992.95 | NA | NA | 0.00 |
| | T S J America Corp 3200 Las Vegas Blvd S Ste 1327 Las Vegas, NV  89109-2669 | | 335.30 | NA | NA | 0.00 |
| | Town Of Norwood Collector Of Taxes PO Box 9101 Norwood, MA  02062-9101 | | 934.70 | NA | NA | 0.00 |
| | Waste Management Corporation PO Box 13648 Philadelphia, PA  19101-3648 | | 273.61 | NA | NA | 0.00 |
| | Wells Fargo BAnk PO Box 348750 Sacramento, CA 95834-8750 | | 8,406.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo BAnk PO Box 348750 Sacramento, CA 95834-8750 | | 85,405.86 | NA | NA | 0.00 |
| | William Robinson 20 Kings Rd Norwood, MA  02062-5563 | | 138.09 | NA | NA | 0.00 |
| | Wylla Brown 19 Wheelock Ave # 2 Norwood, MA 02062-2244 | | 21.25 | NA | NA | 0.00 |
| 18 | Bernard&#039;S Jewelry Group, Inc. | 7100-000 | NA | 10,070.87 | 10,070.87 | 0.00 |
| 22 | BONNIE & JOHN MESSINA | 7100-000 | NA | 619.22 | 619.22 | 0.00 |
| 36 | BULOVA CORPORATION | 7100-000 | NA | 8,111.24 | 8,111.24 | 0.00 |
| 6 | Carland Company, Inc. | 7100-000 | NA | 1,666.09 | 1,666.09 | 0.00 |
| 5 | Denise Crowe | 7100-000 | NA | 95.09 | 95.09 | 0.00 |
| 9 | Dobbs Boston | 7100-000 | NA | 241.27 | 241.27 | 0.00 |
| 23 | EAST TO WEST IMPORTS | 7100-000 | NA | 8,621.90 | 8,621.90 | 0.00 |
| 21 | ELEANOR MUSTIN | 7100-000 | NA | 40.00 | 40.00 | 0.00 |
| 11 | Freda Shapiro | 7100-000 | NA | 426.06 | 426.06 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 32 | FSB AMERICAN EXPRESS BANK | 7100-000 | NA | 2,808.31 | 2,808.31 | 0.00 |
| 10 | Hadley-Roma | 7100-000 | NA | 466.60 | 466.60 | 0.00 |
| 3B | Internal Revenue Service | 7100-000 | NA | 1,087.04 | 1,087.04 | 0.00 |
| 12 | Ion Networking | 7100-000 | NA | 2,541.05 | 2,541.05 | 0.00 |
| 14 | Irene Hill | 7100-000 | NA | 35,000.00 | 35,000.00 | 0.00 |
| 46 | KATHIE O"LEARY | 7100-000 | NA | 735.35 | 735.35 | 0.00 |
| 8 | Kathleen Burton | 7100-000 | NA | 154.88 | 154.88 | 0.00 |
| 16 | Laurie W. Gaynor | 7100-000 | NA | 90.21 | 90.21 | 0.00 |
| 42 | LINDA K. O"BRIEN | 7100-000 | NA | 475.00 | 475.00 | 0.00 |
| 37 | LTD SAFRIS | 7100-000 | NA | 23,746.55 | 23,746.55 | 0.00 |
| 40 | MARIA MAGLIO | 7100-000 | NA | 500.00 | 500.00 | 0.00 |
| 13 | Marion L. Cunningham | 7100-000 | NA | 32.00 | 32.00 | 0.00 |
| 48B | Massachusetts Department of Revenue | 7100-000 | NA | 585.65 | 585.65 | 0.00 |
| 49 | Massachusetts Department of Revenue | 7100-000 | NA | 600.00 | 600.00 | 0.00 |
| 15 | Michelle Jewell | 7100-000 | NA | 700.00 | 700.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | MIDAS CHAIN, INC. | 7100-000 | NA | 628.98 | 628.98 | 0.00 |
| 20 | Myer R Dana | 7100-000 | NA | 78,271.42 | 78,271.42 | 0.00 |
| 43 | N. A. WELLS FARGO BANK | 7100-000 | NA | 8,046.06 | 8,046.06 | 0.00 |
| 44 | N. A. WELLS FARGO BANK | 7100-000 | NA | 85,405.86 | 85,405.86 | 0.00 |
| 28 | NICK AND ELLEN FRANCESE | 7100-000 | NA | 175.00 | 175.00 | 0.00 |
| 29 | NORWOOD PRINTING GRAPHICS & MARKETING, INC. | 7100-000 | NA | 700.71 | 700.71 | 0.00 |
| 38 | OVERNIGHT MOUNTINGS, INC. | 7100-000 | NA | 2,556.30 | 2,556.30 | 0.00 |
| 25 | PATRICIA ANDERSON | 7100-000 | NA | 400.00 | 400.00 | 0.00 |
| 30 | REKO | 7100-000 | NA | 13,612.29 | 13,612.29 | 0.00 |
| 33 | ROBIN LAMPERTI | 7100-000 | NA | 250.00 | 250.00 | 0.00 |
| 2 | S Kashi & Sons, Inc. | 7100-000 | NA | 10,657.90 | 10,657.90 | 0.00 |
| 7 | Simon Golub & Sons, Inc. | 7100-000 | NA | 2,930.85 | 2,930.85 | 0.00 |
| 41 | STELLA JEWELRY MFG., INC. | 7100-000 | NA | 2,623.99 | 2,623.99 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 34 | SUSAN SULLIVAN | 7100-000 | NA | 1,165.00 | 1,165.00 | 0.00 |
| 24 | TOWN OF NORWOOD | 7100-000 | NA | 2,356.88 | 2,356.88 | 0.00 |
| 47 | ANN CARMINE | 7200-000 | NA | 200.00 | 200.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 510,909.34 | $ 309,395.62 | $ 309,395.62 | $ 0.00 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10198 | WCH | Judge: | William C. Hillman | Trustee Name: | STEWART F. GROSSMAN, TRUSTEE |

| Case Name: | HILL JEWELERS OF NORWOOD, INC. | | | | Date Filed (f) or Converted (c): | 01/21/2014 (f) |

| | | | | | 341(a) Meeting Date: | 02/27/2014 |

| For Period Ending: | 02/27/2018 | | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  CASH FROM REGISTER | 0.00 | 0.00 | | 116.00 | FA |
| 2.  ACCOUNTS RECEIVABLE | 3,414.50 | 0.00 | | 7,637.01 | FA |
| 3.  BANK OF AMERICA CHECKING ACCOUNT | 1,487.33 | 0.00 | | 0.00 | FA |
| 4.  DEPOSIT WITH LANDLORD | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5.  ARTWORK | 195.00 | 195.00 | | 0.00 | FA |
| 6.  CUSTOMER MAILING LIST | Unknown | 0.00 | | 0.00 | FA |
| 7.  STORE FIXTURES | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 8.  STORE JEWELRY INVENTORY | 140,000.00 | 140,000.00 | | 67,212.50 | FA |
| 9.  Adversary Proceeding 15-01005 Grossman v. Karli Jewelers, I (u) | 0.00 | 139,875.00 | | 18,000.00 | FA |
| 10.  Adversary Proceeding 15-01006 Grossman v. Gigian Jewelry Co. (u) | 0.00 | 9,120.00 | | 5,000.00 | FA |
| 11.  Adversary Proceeding 15-01007 Grossman v. East to West Impo (u) | 0.00 | 12,910.00 | | 7,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $161,296.83 | $318,300.00 | | $104,965.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

03/08/17 – Claim objection sustained. Interim fee application filed. Hearing 3/28/17.
12/12/16 – Adam drafting omnibus claim objection.
06/29/16 – Adam reviewing claims.
05/03/16 – Settlement with Karli reached and filed.
03/17/16 – Settlement approved. Inspecting jewelry regarding Karl.
2/9/16 Stop fee pending  approval of AP settlement x2
01/22/16 – Settlement now in 2 AP's. Drafting documents. Considering next step with Karli.
12/23/15 – Interim fee allowed.  Settlement one AP. Negotiating other two.
11/16/15 – Further discovery received and being reviewed. Hearing interim fee application 12/2.
09/22/15 – Supplement not received. Motion to compel filed.  Hearing 10/7/15.
08/03/15 - Defendants supplementing discovery responses.
07/01/15 – Discovery proceeding.
03/31/15 – Initial disclosure submitted.   Serving written discovery.
03/09/15 – 26(f) conference held.  Doing initial disclosures.
01/28/15  - Complaint filed and answered.  Awaiting Rule 26(f) conference.
01/06/15 – Three consignment complaints drafted and will be filed in next day.  Alan
            giving claims review to Adam.
11/20/14 – Saperstein fee allowed and paid.  Consignment complaints to be filed.  Alan
            reviewing claims.
10/20/14 – Default judgment entered.  Saperstein fee application pending.
9/17/14 –  Default entered against lender.  Motion for default judgment pending.  Still
            need complaint re assignments.
7/30/14  - Complaint against lender filed.  Awaiting answer.  Will sue re consignment
            preferences.
6/10/14 – Auction held.  Lease rejected.  Ted doing complaint re usurious loan.  Adam
doing consignment demands.
5/6/14 – Landlord objection.  Trying to settle.  Continued 341 May 12.
4/3/14 -  Hearing on auction May 7.  Auction May 8.  Continued 341 April 15.
3/3/14 – Continued 341 March 19.  Deciding what to do with assets and secured lender.
 1/29/14 – Looking to hire Saperstein.  Continued 341 meeting February 27.


RE PROP #        6   --   Zero value.

RE PROP #        9   --   Filed 01/08/2015.

RE PROP #        10  --   Filed 01/08/2015

RE PROP #        11  --   Filed 01/08/2015

Initial Projected Date of Final Report (TFR): 03/31/2015        Current Projected Date of Final Report (TFR): 07/31/2017

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10198

Case Name: HILL JEWELERS OF NORWOOD, INC.

Trustee Name: STEWART F. GROSSMAN, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5761

Checking Account

Taxpayer ID No: XX-XXX0645

For Period Ending: 02/27/2018

Blanket Bond (per case limit): $49,850,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/14 | 1 | HILL JEWELERS OF NORWOOD, INC. 696 Washington St Norwood, MA 02062 | CASH FROM REGISTER TURNED INTO A CHECK FOR DEPOSIT. | 1129-000 | $116.00 | | $116.00 |
| 02/12/14 | 2 | Noreen Jonson 34 Worthington St Dedham MA | A/R LAYAWAY | 1121-000 | $1,499.69 | | $1,615.69 |
| 02/20/14 | 2 | THERESA ANDREWS 249 DEAN ST NORWOOD MA 02062 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $220.00 | | $1,835.69 |
| 02/20/14 | 2 | PHYLLIS COHEN 7 MEYER TERRACE CANTON MA 02021 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $638.00 | | $2,473.69 |
| 02/20/14 | 2 | SUSAN CRONIN 39 CARPENTER RD WALPOLE MA 02081 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $45.00 | | $2,518.69 |
| 02/20/14 | 2 | ROBERT AND BETSEY COVAL 32 INDIAN WOODS WAY CANTON, MA 02021 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $350.00 | | $2,868.69 |
| 02/20/14 | 2 | DIANE TIBBERT 26 GAY AV. WALPOLE MA 02081 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $56.00 | | $2,924.69 |
| 02/20/14 | 2 | WILLIAM DOHERTY 5 TODD DR. NORTON, MA 02766 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $12.00 | | $2,936.69 |
| 02/20/14 | 2 | PATRICIA HILL 10 KELLER PATH NEWTON MA 02459 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $65.00 | | $3,001.69 |
| 02/20/14 | 2 | LEE MATURO 7 ALPINE RD. NORWOOD MA 02062 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $20.00 | | $3,021.69 |
| 02/20/14 | 2 | LEAH NORTHOP 61 RAILROAD AV. FOXBORO MA 02035 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $48.00 | | $3,069.69 |
| 02/20/14 | 2 | CARYN PARIS 11 MANOR LANE WESTWOOD, MA 02090 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $350.00 | | $3,419.69 |

Page Subtotals:                                   $3,419.69          $0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  14-10198                                                    Trustee Name:  STEWART F. GROSSMAN, TRUSTEE          Exhibit 9
Case Name:  HILL JEWELERS OF NORWOOD, INC.                           Bank Name:  Associated Bank
                                                                     Account Number/CD#:  XXXXXX5761
                                                                     Checking Account
Taxpayer ID No:  XX-XXX0645                                          Blanket Bond (per case limit):  $49,850,000.00
For Period Ending:  02/27/2018                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/14 | 2 | LUCILLE  RUGGEIRI<br>17 BROOK ST<br>WALPOLE MA 02081 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $25.00 | | $3,444.69 |
| 02/20/14 | 2 | ANDREA THIBAULT<br>51 ADAMS ST<br>NORWOOD MA 02062 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $75.00 | | $3,519.69 |
| 02/20/14 | 2 | VICTORIA WATTENDORF<br>61 SANDY BEACH RD<br>HOLLAND MA 01521 | ACCOUNTS RECEIVABLE JEWELRY ON REPAIR LIST | 1121-000 | $250.00 | | $3,769.69 |
| 02/25/14 | 2 | PEGGY DUBOIS<br>10 LONGWOOD DR<br>APT 269<br>WESTWOOD  MA | POSTAGE TO MAIL ITEM PRIORITY | 1121-000 | $5.80 | | $3,775.49 |
| 02/27/14 | 2 | JANICE KELLY<br>168 NORTH ST<br>WALPOLE, MA 02081 | PAYMENT FOR JEWELRY REPAIR | 1121-000 | $33.70 | | $3,809.19 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,799.19 |
| 03/20/14 | 2 | Mary Moloney<br>337 Railroad Av.<br>Norwood MA | ACCOUNTS RECEIVABLE REMAINING BALANCE PAID ON LAYAWAY PURCHASE. COLLECTED FROM 101 ARCH. | 1121-000 | $639.76 | | $4,438.95 |
| 03/21/14 | 2 | JOAMN LEHMANN<br>6 WHIPPERWILL DR<br>WESTWOOD MA | ACCOUNTS RECEIVABLE REPAIR JEWELERY | 1121-000 | $276.00 | | $4,714.95 |
| 03/21/14 | 2 | CAROLINE SNYDER<br>12 HAMPDEN CT<br>E. WALPOLE MA | ACCOUNTS RECEIVABLE REPAIR JEWELRY | 1121-000 | $55.80 | | $4,770.75 |
| 03/24/14 | 2 | JEAN LUPICA<br>262 POND ST<br>WESTWOOD MA | ACCOUNTS RECEIVABLE LAWAWAY | 1121-000 | $97.05 | | $4,867.80 |
| 03/25/14 | 2 | MARGARET DEVINE<br>7 DORY LANE<br>EASTHAM, MA 02642 | ACCOUNTS RECEIVABLE LAYAWAY FEDEX TO CUSTOMER WITH $2000 INS. SIG REQUIRED | 1121-000 | $1,861.78 | | $6,729.58 |

Page Subtotals:                                                                      $3,319.89          $10.00

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10198

Case Name: HILL JEWELERS OF NORWOOD, INC.

Trustee Name: STEWART F. GROSSMAN, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5761

Checking Account

Taxpayer ID No: XX-XXX0645

For Period Ending: 02/27/2018

Blanket Bond (per case limit): $49,850,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/14 | 2 | DONNA CURRAN<br>86 COTTAGE ST<br>NORWOOD MA | ACCOUNTS RECEIVABLE PAYMENT OF BALANCE OF LAYAWAY PLUS $5.80 POSTAGE | 1121-000 | $164.55 | | $6,894.13 |
| 04/03/14 | 2 | DEBRA HESSION<br>67 HILLVIEW RD<br>WESTWOOD MA | ACCOUNTS RECEIVABLE MAILING FOR REPAIR ITEM | 1121-000 | $5.80 | | $6,899.93 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,889.93 |
| 04/08/14 | 2 | JAMES RUGGERI<br>15 SHERWOOD lANE<br>NATICK MA | PAYMENT FOR LAYAWAY PURCHASE | 1121-000 | $451.88 | | $7,341.81 |
| 04/14/14 | 2 | MARION GAW<br>6 ESSEX RD<br>NORWOOD MA | ACCOUNTS RECEIVABLE REPAIR MERCHADISE FOR ROSE CRAWFORD - DAUGHTER | 1121-000 | $65.80 | | $7,407.61 |
| 04/14/14 | 2 | JAN LENT<br>33 BERWICK PLACE<br>NORWOOD, MA 02062 | ACCOUNTS RECEIVABLE REPAIR MERCHADISE | 1121-000 | $5.80 | | $7,413.41 |
| 04/30/14 | 2 | MARK YAPLE<br>82 CEDAR ST.<br>NORWOOD, MA 02062 | REPAIR CUSTOMER | 1121-000 | $65.80 | | $7,479.21 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.42 | $7,468.79 |
| 05/20/14 | 8 | PAUL E. SAPERSTEIN CO INC<br>144 CENTRE ST<br>HOLBROOK MA | PROCEEDS FROM AUCTION SALE OF INVENTORY AND FIXTURES PROCEEDS FROM AUCTION ON 5/8/14 | 1129-000 | $67,212.50 | | $74,681.29 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.77 | $74,631.52 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.36 | $74,524.16 |

Page Subtotals:                    $67,972.13        $177.55

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-10198 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE |
| Case Name: HILL JEWELERS OF NORWOOD, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5761 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0645 | Blanket Bond (per case limit): $49,850,000.00 |
| For Period Ending: 02/27/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.80 | $74,413.36 |
| 08/20/14 | 101 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | BOND NUMBER 016027600 | 2300-000 | | $58.68 | $74,354.68 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.62 | $74,244.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.83 | $74,137.23 |
| 10/27/14 | 102 | PAUL E. SAPERSTEIN CO, INC. 144 Centre Street Holbrook, MA 02343-1011 | FEES FOR AUCTION AT HILL JEWELERS NORWOOD MA FEES FOR AUCTION SEE DOCKET ENTRY 44. | 3610-000 | | $6,721.25 | $67,415.98 |
| 10/27/14 | 103 | PAUL E. SAPERSTEIN CO, INC. 144 Centre Street Holbrook, MA 02343-1011 | EXPENSES FOR AUCTION AT HILL JEWELERS NORWOOD MA SEE DOCKET ENTRY 44 | 3620-000 | | $5,108.55 | $62,307.43 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.09 | $62,198.34 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.49 | $62,108.85 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.33 | $62,016.52 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.21 | $61,924.31 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.15 | $61,841.16 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.93 | $61,749.23 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $0.00 | $12,774.93 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 14-10198 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE | Exhibit 9 |
|---|---|---|
| Case Name: HILL JEWELERS OF NORWOOD, INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5761 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0645 | Blanket Bond (per case limit): $49,850,000.00 | |
| For Period Ending: 02/27/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.84 | $61,660.39 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.67 | $61,568.72 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.58 | $61,480.14 |
| 08/03/15 | 104 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | 2015-2016 Bond Payment | 2300-000 | | $32.06 | $61,448.08 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.40 | $61,356.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.24 | $61,265.44 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.15 | $61,177.29 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.95 | $61,086.34 |
| 12/02/15 | 105 | LOONEY & GROSSMAN LLP P.O. Box 960490 Boston, MA 02196 | INTERIM FEE APPLICATION COUNSEL FEES SEE ORDER DOCKET ENTRY 67 | 3110-000 | | $20,000.00 | $41,086.34 |
| 12/02/15 | 106 | LOONEY & GROSSMAN LLP P.O. Box 960490 Boston, MA 02196 | INTERIM FEE APPLICATION COUNSEL EXPENSES SEE ORDER DOCKET ENTRY 67 | 3120-000 | | $3,695.29 | $37,391.05 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.89 | $37,303.16 |

| | | | Page Subtotals: | | $0.00 | $24,446.07 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-10198 | Trustee Name: STEWART F. GROSSMAN, TRUSTEE |
| Case Name: HILL JEWELERS OF NORWOOD, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5761 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0645 | Blanket Bond (per case limit): $49,850,000.00 |
| For Period Ending: 02/27/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 107 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | INTERIM FEE APPLICATION COUNSEL FEES | 3110-000 | | $7,217.50 | $30,085.66 |
| 12/08/15 | 108 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | INTERIM FEE APPLICATION COUNSEL EXPENSES | 3120-000 | | $10.50 | $30,075.16 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.61 | $30,012.55 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.63 | $29,967.92 |
| 02/09/16 | 11 | East West Imports 333 Washington St. Suite 503 Boston, MA 02108 | SETTLEMENT IN ADV. PROCEEDING 15-10007 | 1241-000 | $7,000.00 | | $36,967.92 |
| 02/09/16 | 10 | Gigian Jewelry Co. 333 Washington St. Suite 320 Boston, MA 02108-5175 | SETTLEMENT IN ADV. PROCEEDING 15-01006 | 1241-000 | $5,000.00 | | $41,967.92 |
| 02/16/16 | 109 | COMMONWEALTH OF MASSACHUSETTS | MASS FORM 355S DECEMBER 31 2014 | 2820-000 | | $586.00 | $41,381.92 |
| 02/16/16 | 110 | COMMONWEALTH OF MASSACHUSETTS | MASS FORM 355S DECEMBER 31 2015 | 2820-000 | | $456.00 | $40,925.92 |
| 03/11/16 | 111 | The Moto Group P.O. Box 473 Hermosa Beach, CA 90254 | INTERIM DISTRIBUTION OF ADMIN CLAIM (PARTIAL) | 2410-000 | | $10,000.00 | $30,925.92 |
| 04/19/16 | 9 | CITIZENS BANK OFFICIAL CHECK MEMO KARLI JEWELERS | SETTLEMENT AD PROCEEDING 15-1005 VS KARLI JEWELERS | 1241-000 | $18,000.00 | | $48,925.92 |

| | | | Page Subtotals: | | $30,000.00 | $18,377.24 | |

Page:   7

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10198

Case Name: HILL JEWELERS OF NORWOOD, INC.

Taxpayer ID No: XX-XXX0645

For Period Ending: 02/27/2018

Trustee Name: STEWART F. GROSSMAN, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5761

Checking Account

Blanket Bond (per case limit): $49,850,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/16 | 112 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420, NEW ORLEANS,LA 70139 | Bond payment 2016 2017 Bond # 016027600 | 2300-000 | | $36.69 | $48,889.23 |
| 02/10/17 | 2 | MARIANNE KOKINIS 31 KIMBALL RD DEDHAM, MA 02026-3726 | PAYMENT FOR REPAIR OF WATCH | 1121-000 | $253.80 | | $49,143.03 |
| 02/28/17 | 113 | COMMONWEALTH OF MASSACHUSETTS Massachusetts Department of Revenue, P.O. Box 9564, Boston, MA  02114-9564. | 2016 Form 355S  EIN 04-2750645 | 2820-000 | | $456.00 | $48,687.03 |
| 03/08/17 | 114 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | SECOND INTERIM FEE APPLICATION COUNSEL FEES | 3110-000 | | $10,000.00 | $38,687.03 |
| 03/08/17 | 115 | Posternak Blankstein & Lund LLP Prudential Tower 32nd floor 800 Boylston Street Boston, MA 02199 | SECOND INTERIM FEE APPLICATION COUNSEL EXPENSES | 3120-000 | | $263.38 | $38,423.65 |
| 11/02/17 | 116 | Stewart F. Grossman - MA POSTERNAK BLANKSTEIN & LUND LLP 800 BOYLSTON ST 32ND FLOOR BOSTON, MA  02199 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $8,498.28 | $29,925.37 |
| 11/02/17 | 117 | Moto Group P.O. Box 473 Hermosa Beach, CA 90254 | Final distribution representing a payment of 45.14 % per court order. | 2410-000 | | $8,227.68 | $21,697.69 |
| 11/02/17 | 118 | Clerk U.S. Bankruptcy Court  United States Bankruptcy Court  John W. McCormack Post Office and Court House 5 Post Office Square, Suite 1150 Boston, MA 02109-3945 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $21,347.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 34)*

Page Subtotals: $253.80   $27,832.03

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10198

Case Name: HILL JEWELERS OF NORWOOD, INC.

Taxpayer ID No: XX-XXX0645

For Period Ending: 02/27/2018

Trustee Name: STEWART F. GROSSMAN, TRUSTEE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5761

Checking Account

Blanket Bond (per case limit): $49,850,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/17 | 119 | LOONEY & GROSSMAN LLP<br>P.O. Box 960490<br>Boston, MA 02196 | Final distribution representing a payment of 21.57 % per court order. | 3110-000 | | $5,500.00 | $15,847.69 |
| 11/02/17 | 120 | Posternak Blankstein & Lund LLP<br>Prudential Tower 32nd floor<br>800 Boylston Street<br>Boston, MA 02199 | Final distribution representing a payment of 32.33 % per court order. | 3110-000 | | $8,224.00 | $7,623.69 |
| 11/02/17 | 121 | Posternak Blankstein & Lund LLP<br>Prudential Tower 32nd floor<br>800 Boylston Street<br>Boston, MA 02199 | Final distribution representing a payment of 26.34 % per court order. | 3120-000 | | $97.92 | $7,525.77 |
| 11/02/17 | 122 | VERDOLINO & LOWEY, P.C.<br>124 Washington St<br>Suite101<br>Foxboro, MA 02035 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,959.00 | $4,566.77 |
| 11/02/17 | 123 | VERDOLINO & LOWEY, P.C.<br>124 Washington St<br>Suite101<br>Foxboro, MA 02035 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $155.12 | $4,411.65 |
| 11/02/17 | 124 | Kathryn R. Reggiannini<br>45 Albemarle Rd<br>Norwood, Ma 02062 | Final distribution to claim 4 representing a payment of 80.96 % per court order. | 5600-000 | | $181.05 | $4,230.60 |
| 11/02/17 | 125 | Virginia N. Needham<br>317 Nahatan Street<br>Norwood, Ma 02062 | Final distribution representing a payment of claim 17 representing a payment of 80.96 % per court order. | 5600-000 | | $498.99 | $3,731.61 |
| 11/02/17 | 126 | Martha Greenfield<br>206 Rock Street, M-7<br>Norwood, Ma 02062 | Final distribution to claim 19 representing a payment of 80.97 % per court order. | 5600-000 | | $73.12 | $3,658.49 |
| 11/02/17 | 127 | WILLIAM A. PARDI<br>28 SURREY ROAD<br>NORWOOD, MA 02062 | Final distribution to claim 26 representing a payment of 80.96 % per court order. | 5600-000 | | $243.90 | $3,414.59 |
| 11/02/17 | 128 | JUDITH B GRENIER<br>3 REDWOOD DRIVE<br>NORWOOD, MA 02062 | Final distribution to claim 27 representing a payment of 80.96 % per court order. | 5600-000 | | $465.53 | $2,949.06 |

Page Subtotals:                                                    $0.00          $18,398.63

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-10198
Case Name: HILL JEWELERS OF NORWOOD, INC.

Trustee Name: STEWART F. GROSSMAN, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5761
Checking Account

Taxpayer ID No: XX-XXX0645
For Period Ending: 02/27/2018

Blanket Bond (per case limit): $49,850,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/17 | 129 | SHIRLEY HUTCHINS 76 WELD HILL STREET JAMAICA PLAIN, MA 02130 | Final distribution to claim 35 representing a payment of 80.98 % per court order. | 5600-000 | | $8.90 | $2,940.16 |
| 11/02/17 | 130 | KAREN WATSON 6 CREST DRIVE WEST DOVER, MA 02030-1820 | Final distribution to claim 39 representing a payment of 80.96 % per court order. | 5600-000 | | $993.58 | $1,946.58 |
| 11/02/17 | 131 | GAIL SNYDERMAN 6 FRANKLIN ROAD SHARON, MA 02067 | Final distribution to claim 45 representing a payment of 80.96 % per court order. | 5600-000 | | $1,946.58 | $0.00 |
| 02/06/18 | 129 | SHIRLEY HUTCHINS 76 WELD HILL STREET JAMAICA PLAIN, MA 02130 | Final distribution to claim 35 representing a payment of 80.98 % per court order. Reversal | 5600-000 | | ($8.90) | $8.90 |
| 02/07/18 | 132 | SHIRLEY HUTCHINS 180 Main Street, Apt. D140 Walpole, MA 02081-4036 | Distribution | 5600-000 | | $8.90 | $0.00 |

COLUMN TOTALS $104,965.51 $104,965.51

Less: Bank Transfers/CD's $0.00 $0.00

Subtotal $104,965.51 $104,965.51

Less: Payments to Debtors $0.00 $0.00

Net $104,965.51 $104,965.51

Page Subtotals: $0.00 $2,949.06

UST Form 101-7-TDR (10/1/2010) *(Page: 36)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5761 - Checking Account | $104,965.51 | $104,965.51 | $0.00 |
| | $104,965.51 | $104,965.51 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $104,965.51 |
| Total Gross Receipts: | $104,965.51 |